# DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
## FOURTH DISTRICT

**WILLIE LEE MURRAY,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D19-1860

[September 26, 2019]

Appeal of order denying rule 3.800 motion from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Barbara Duffy, Judge; L.T. Case No. 83-602CF10B.

Willie Lee Murray, Miami, pro se.

No appearance required for appellee.

PER CURIAM.

*Affirmed.*

LEVINE, C.J., GROSS and MAY, JJ., concur.

\*          \*          \*

***Not final until disposition of timely filed motion for rehearing.***